# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:14-CV-00298-RJC-DSC

| | |
|---|---|
| ELECTROLUX HOME PRODUCTS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** ) ) |
| TARHEEL PLASTICS, LLC CRESTMARK BANK, | ) ) ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Jonathan Myers]" (document # 7) filed June 12, 2014. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: June 12, 2014

David S. Cayer
United States Magistrate Judge